UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DOROTHY SMITH, | ) CV 12-5278-SH |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant, | ) |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: April 26, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE